

Vip Bhola, Esq. (SBN 183980)
Law Offices of Vip Bhola
5429 Cahuenga Blvd., Suite 101
North Hollywood, CA 91601
T: (818) 347-5297
F: (818) 221-0302
E: vbhola@icloud.com

Attorneys for Plaintiff, DR. MEMHET VELI ASLAN, M.D.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DR. MEMHET VELI ASLAN, M.D.

an individual

Plaintiff,

vs.

NAZANIN MAZGANI, an individual; NEYAZ MAZGANI, an individual; CLEMENTE R CUEVAS, an individual; and Does 1-5, inclusive,

Defendants

Case Number: 2:24-cv-02762-WLH-SK(x)

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

Complaint Filed: April 4, 2024

Date: June 7, 2024
Time: 1:30 p.m.
Place: U.S. District Court-Los Angeles
350 W. 1st Street, Courtroom 9B
Los Angeles, CA 90012

/ / /

/ / /

/ / /

1

2

3

4

## I.    <u>INTRODUCTION</u>

## <u>THE COURT SHOULD TAKE JUDICIAL NOTICE OF THE FOLLOWING</u> <u>UNDISPUTED DOCUMENTS:</u>

5

6

7

8

Pursuant to Federal Rules of Evidence § 201, judicial notice is requested of the following documents:

9

10

Exhibit 1:    Excerpt of Motion to Dismiss filed by Defendants in the instant case, No. 2:24-cv-02762-WLH-SK(x), wherein Defendants argue that *Younger* abstention applies.

11

12

Exhibit 2:    Excerpt of Notice of Stay filed in State Court of Appeal wherein it is asserted that *Younger* abstention applies.

13

14

15

16

17

Exhibit 3:    Excerpt of Opposition to Notice of Stay filed in State Court, Court of Appeal wherein it is asserted by Defendants' mother that *Younger* abstention does not apply to them, and they are free to pursue a state court appeal (notwithstanding Younger) without obtaining leave of Court.

18

19

20

21

22

23

24

Defendants have disingenuously taken inconsistent, conflicting positions in Federal Court and in State Court. In federal court, they argue that *Younger* applies. However, in state court, they take the contrary position and claim that *Younger* does not apply.  Depending upon their perception of what will be most advantageous, they have taken contradictory positions in state court and federal court.

25

26

27

Apparently, it is simply a game to them. It's not fair, it's not right, and it is simply devious and duplicitous to game the system and attempt to gaslight judges in this manner.  It took some 6

28

years to get the state court case to trial, due to their games[1], and now it simply continues in a different forum.

DATED: June 3, 2024

LAW OFFICES OF VIP BHOLA

By: _____

Vip Bhola, Esq.
Attorneys for Plaintiff,
DR. MEHMET VELI ASLAN, M.D.

---

[1] Defendants were Plaintiffs in the State Court litigation, but were defeated on a Motion for Directed Verdict.

1
2

## **<u>PROOF OF SERVICE</u>**

3        I am employed in the County of Los Angeles, California. I am over 18 and not a
4    party to the action. My business address is 5429 Cahuenga Blvd., Suite 101, North
5    Hollywood, California 91601.

6        On the date conveyed below, I served the document(s) described as REQUEST
7    FOR JUDICIAL NOTICE interested party(ies) in this action by sending the original
8    or a true copy thereof to the interested party(ies) as follows:

9
10    SEE SERVICE LIST

11    Bottom of Form

12    **[X]  BY MAIL (ENCLOSED IN A SEALED ENVELOPE):** I deposited the
13        envelope(s) for mailing in the ordinary course of business in Los Angeles,
14        California. I am "readily familiar" with this firm's practices of collecting and
15        processing correspondence for mailing. Under that practice, sealed envelopes are
16        deposited with the U.S. Postal Service on that same day in the ordinary course of
17        business with postage on them fully prepaid in Los Angeles, California.

18

19    **[  ]  BY OVERNIGHT DELIVERY:** I am "readily familiar" with this firm's
20        practice of collecting and processing correspondence for overnight delivery.
21        Under that practice, overnight packages are enclosed in a sealed envelope with a
22        fully prepaid packing slip attached. The carrier picks up the packages at this
23        firm's offices or delivers them to a designated collection site.

24

25    **[  ]  BY FACSIMILE:** I hereby certify that this document was served from Los
26        Angeles, California, by facsimile delivery on the addressee(s) listed at their most
27        recent facsimile number of record in this action.

28

**[X]** **BY Email- ECF:** I hereby certify that this document was served from Los Angeles, California by email delivery on the addressee(s) listed herein at their most recent known email or email of record in this action.

**[ ]** **BY PERSONAL SERVICE:** I delivered the document, enclosed in a sealed envelope, by hand to the offices of the addressee(s) named herein.

I declare under penalty of perjury under the laws of the State of California, and the laws of the United States, that the foregoing is true and correct.

Executed on **June 03, 2024,** at North Hollywood, California.

_____
Vip Bhola

## SERVICE LIST

| **By Email and U.S. Mail:**<br>Nazanin Mazgani<br>141 S. Clark St. #320<br>Los Angeles, CA 90048<br>mazganilaw@gmail.com | Neyaz  Mazgani<br>10954 Massachusetts Ave,<br>Los Angeles, CA 90048<br>foozul@hotmail.com |
|---|---|
| Honorable Wesley L. Hsu<br>First  Street  Courthouse,  350  W.  1st  Street,  Courtroom  9B,  9th  Floor,  Los  Angeles, California 90012 | Hon. US BK Judge Barry Russell<br>Suite 1668<br>255 W. Temple Street,<br>Los Angeles, CA 90012 |

# EXHIBIT 1

FILED

2024 APR 26  AM 11: 42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

Nazanin Mazgani, Esq. (SBN 270258)
10954 Massachusetts Avenue
Los Angeles, CA 90024
Phone: (310) 892-0820
Email: mazganilaw@gmail.com

*Defendant Attorney, In Pro Per*

Neyaz Mazgani
10954 Massachusetts Avenue,
Los Angeles, CA 90024
Phone: (310)892-4123
Email: foozul08@gmail.com

*Defendant In Pro Per*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. MEHMET VELI ASLAN, M.D., an individual, | Case No.: 2:24-cv-02762 – WLH |
| | [Assigned to Hon. Wesley L. Hsu] |
| Plaintiff, | |
| v. | DEFENDANTS NAZANIN MAZGANI AND NEYAZ MAZGANI'S JOINT |
| NAZANIN MAZGANI, an individual; NEYAZ MAZGANI, an individual; CLEMENTE R CUEVAS, an individual; and DOES 1-10, inclusive, | MOTION TO DISMISS PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; REQUEST FOR JUDICIAL NOTICE; DECLARATIONS OF NAZANIN MAZGANI AND MAHVASH |
| Defendants. | MAZGANI |
| | **Hearing Date:** |
| | Date:    June 7, 2024 |
| | Time:   1:30 p.m. |
| | Place:   U.S. District Court – Los Angeles |
| | 350 W. 1st Street, Courtroom 9B |
| | Los Angeles, CA 90012 |

1

TO THE HONORABLE WESLEY L. HSU, UNITED STATES DISTRICT COURT JUDGE, PLAINTIFF DR. MEHMET VELI ASLAN, M.D. AND HIS ATTORNEY OF RECORD VIP BHOLA:

PLEASE TAKE NOTICE that on June 7, 2024 at 1:30 p.m. in Courtroom 9B, 350 W. 1st Street, Los Angeles, CA 90012, Defendants Nazanin Mazgani and Neyaz Mazgani ("Defendants") will move this Court for an order dismissing Plaintiff, Mehmet Veli Aslan, M.D.'s ("Plaintiff" or "Aslan") Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 12(b)(7) on the grounds that: (1) this court lacks subject matter jurisdiction as Plaintiff has no standing to bring this action and that this case is not ripe for adjudication; (2) the complaint fails to state any claims upon which relief may be granted; and (3) Plaintiff has failed to join Mahvash Mazgani who is an indispensable party. In the alternative, Defendants also seek an order that the Court should abstain from hearing this matter under the *Younger* doctrine.

Pursuant to Local Rule 7-3 and this Court's Standing Order Section G(1), the joint Defendants attempted to meet and confer regarding this motion through a videoconference with opposing counsel Vip Bhola. The opposing party did not follow-up with Defendants' multiple requests so no substantial meet and confer videoconference was held. [See Declaration of Nazanin Mazgani filed concurrently herewith].

2

**EXHIBIT 2**

CM-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
— Vipan Kant Bhola                              183980
 Bhola & Associates
 5429 Cahuenga Blvd Ste 101
 N Hollywood, CA 91601-2918

TELEPHONE NO.: (818) 347-5297    FAX NO. *(Optional):* (818) 221-0302

E-MAIL ADDRESS *(Optional):*    vbhola@icloud.com

ATTORNEY FOR *(Name):*    Kevin Moda

**2nd District Court of Appeals, State of California County of Los Angeles.**

STREET ADDRESS: 300 S. Spring Street

CITY AND ZIP CODE: Los Angeles, CA 90013

BRANCH NAME: 2nd Dist Court of Appeal

PLAINTIFF/PETITIONER:    Mahvash Mazgani et at

DEFENDANT/RESPONDENT: Hoffman - La Brea et al

| **NOTICE OF STAY OF PROCEEDINGS** | CASE NUMBER:<br>B331499 |
|---|---|
| | JUDGE: Justices of Div . 8 |
| | DEPT: Div 8 |

**To the court and to all parties:**

1. Declarant *(name)*: Vip Bhola, Esq.

   a. ☒ is  ☐ the party  ☒ not attorney for the party   who caused the stay.

   b. ☒ is  ☐ the plaintiff or petitioner  ☒ the attorney for the Appellee / Cross-Appellant. The party who requested the stay appeared in this case and proceeding without jurisdiction of this court.

This case is stayed as follows:

   a. ☒ With regard to all parties.

   b. ☐ With regard to the following parties *(specify by name and party designation)*:

3. Reason for the stay:

   a. ☐ Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

   b. ☒ Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

   c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*

   d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

   e. ☒ Other: See attached.  Ex A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5-16-2024

Vip Bhola, Esq.
_____
(TYPE OR PRINT NAME OF DECLARANT)                                    (SIGNATURE)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]



**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.650
*www.courtinfo.ca.gov*

MODA, Kevin

mandatory abstention per 28 USC § 1334(c)(2) if the Debtor did not move the action to the bankruptcy court.

In response, the Debtor removed the State Action to the bankruptcy court as an adversary proceeding on July 22, 2020.

The bankruptcy court scheduled the hearing for Mr. Moda's motion, filed on July 16, 2020, for September 15, 2020, 61 days later.

On August 7, 2020, Mr. Moda filed a motion for relief from the automatic stay, remand, and abstention (DOC 21), stating his intention to "engage the Debtor in Judgment collection the minute he received Judgment."

The automatic stay, as prescribed by 11 USC § 362(e)(1), expired by law on August 15, 2020. No conditions could be attached to the Order of Relief from the automatic stay, nor could relief be granted on a limited basis.

On September 15, 2020, the bankruptcy court granted DOC 21 and the July 16, 2020, motion without any conditions or reservation of jurisdiction.

The Debtor cannot claim a stay as to "judgment enforcement" if the matter is pending in State Court. Such an act violates abstention mandates of the United State Supreme Court. *Younger v. Harris* (1971) 401 U.S. 37, 91 S. Ct. 746. Indeed, absent extraordinary circumstances, '*Younger* abstention' is required when the ongoing State Court proceedings implicate important state interests and provide plaintiff an adequate opportunity to litigate federal claims. See  *H.C. ex rel. Gordon v. Koppel* (9th Cir. 2000) 203 F.3d 610, 613-614--*Younger abstention (dismissal) required* in W's federal court suit to enjoin ongoing State Court custody proceedings;  *Santos v. County of Los Angeles Dept. of Children & Family Services* (C.D. Cal. 2004) 299 F. Supp. 2d 1070, 1077, n. 9--to extent P's federal suit was attacking State Court custody decision while her request for Cal. Supreme Court review was pending, federal court 'must abstain' (under  Younger)*Colorado River Water Conservation Dist. v. United States* (1976) 424 U.S. 800.

5

**EXHIBIT 3**

Case No. B331499

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA
SECOND APPELLATE DISTRICT
DIVISION 8

---

MAHVASH MAZGANI ET AL.,

Plaintiffs-Appellants,

v.

HOFFMAN LABREA, LLC,

Defendant-Respondent.

---

APPELLANT'S MOTION (1) TO STRIKE "NOTICE OF STAY"; (2) TO
CONFIRM NO STAY PREVENTS THIS APPEAL FROM PROCEEDING; (3)
TO SANCTION RESPONDENT AND CROSS-APPELLANT KEVIN MODA
AND HIS COUNSEL VIPAN BHOLA; AND (4) TO REFER VIPAN BHOLA
TO STATE BAR FOR DISCIPLINE FOR MAKING FALSE STATEMENTS TO
THIS COURT; AND OPPOSITION TO "NOTICE OF STAY"

---

APPEAL FROM THE SUPERIOR COURT FOR THE
COUNTY OF LOS ANGELES, CASE NO. BC607465

Hon. Elizabeth White and Hon. Susan Bryant-Deason, Presiding

---

Joseph S. Klapach (SBN 206345)
KLAPACH & KLAPACH, P.C.
15303 Ventura Blvd., Ste. 1510
Sherman Oaks, CA 91403
Tel: (310) 525-3724
Fax: (310) 728-1779

Attorneys for Appellants,
Mahvash Mazgani, individually and as trustee
of Mahvash Mazgani Family Trust; Nazanin
Mazgani and Neyaz Mazgani, individually and
as trustees of the Wesson Trust

- 1 -

Document received by the CA 2nd District Court of Appeal.

## MEMORANDUM OF POINTS AND AUTHORITIES

## INTRODUCTION

Throughout this consolidated appeal, Appellants have
endured Respondent Kevin Moda's abusive litigation tactics with
a quiet stoicism.  To date, Respondent Kevin Moda and his
counsel, Vipan Bhola, have filed no less than *seven* meritless
motions to either dismiss this consolidated appeal or to restrict
the issues to be addressed in this consolidated appeal.  This
Court has denied all seven motions.

But Mr. Moda's latest litigation misconduct has crossed the
line.  On May 16, 2024, Mr. Moda and his counsel, Vipan Bhola,
knowingly submitted to this Court a false "Notice of Stay of
Proceedings."  In this "Notice," Mr. Moda's counsel Vipan Bhola
falsely represented to this Court *under penalty of perjury* that
"[t]his case is stayed … [w]ith regard to all parties," and that the
"[r]eason for the stay" was an "[o]rder of a federal court…."  In
support of this Notice, Mr. Moda and Mr. Bhola then attached a
portion of the bankruptcy court's January 19, 2024 order
sanctioning Mr. Moda and Mr. Bhola for attempting to enforce
the trial court's non-final judgment during this appeal.  The
"Notice of Stay of Proceedings" also contained a lengthy
memorandum of points and authorities in which Mr. Moda and
his counsel argued that "[a] debtor must secure court approval
before filing an appeal," and that "Mazgani did not obtain such
approval, rendering these proceedings void."

This "Notice of Stay" filed by Mr. Moda and Mr. Bhola is a
bold-faced lie.  Mr. Moda and Mr. Bhola have exhaustively and

Document received by the CA 2nd District Court of Appeal.